NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1263

MICRON TECHNOLOGY, INC.,

Plaintiff/Counterclaim Defendant-
Appellee,

and

MICRON ELECTRONICS, INC.
And MICRON SEMICONDUCTOR PRODUCTS, INC.,

Counterclaim Defendants-
Appellees,

v.

RAMBUS INC.,

Defendant/Counterclaimant-
Appellant.

Appeal from the United States District Court for the District of Delaware
in case no. 00-CV-792, Judge Sue L. Robinson.

------------------------

2009-1299, -1347

HYNIX SEMICONDUCTOR INC.,
HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR U.K. LTD.,
and HYNIX SEMICONDUCTOR DEUTSCHLAND GMBH,

Plaintiffs-Appellants,

v.

RAMBUS INC.,

Defendant-Cross Appellant.

Appeals from the United States District Court for the Northern District of California in
case no. 00-CV-20905, Senior Judge Ronald M. Whyte.

ON MOTION

Before PROST, Circuit Judge.

ORDER

Rambus Inc. moves to consolidate the above-captioned two sets of appeals for purposes of oral argument. Micron Technology, Inc. et al. oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The cases will be treated as companion cases, i.e., they will be argued consecutively before the same merits panel.

FOR THE COURT

AUG 1 7 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Jared Bobrow, Esq.
      Carter G. Phillips, Esq.
      Walter Dellinger, Esq.
      Michael J. Schaengold, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 17 2009

JAN HORBALY
CLERK

2009-1263                                    -2-